FILED
2013 JAN 28 PM 12:39
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL PROPERTY MANAGEMENT, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SAUDIA KYRON COLE,<br><br>　　　　　　　Defendant. | CASE NO. CV 13-00238 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |

　　　The Court remands this unlawful detainer action to state court summarily because defendant removed it improperly.

　　　On January 11, 2013, defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed without prepayment of the filing fee. The Court has denied the latter application in a separate order because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this order to remand the action to state court.

　　　Plaintiff could not have brought this action in federal court in the first place, and defendant does not competently allege facts supplying federal subject matter jurisdiction. Therefore, removal is improper. 28 U.S.C. §§ 1441(a), 1443(1); see <u>Exxon Mobil Corp. v. Allapattah Svcs., Inc.</u>, 545 U.S.

1 | 546, 563 (2005).

2       Defendant is further notified and warned that any subsequent attempts to remove the underlying state unlawful detainer action to this Court will be improper and will constitute vexatious conduct that the Court may address by way of punitive remedial measures, which may include having defendant designated as a vexatious litigant and barred from commencing any further removal actions with respect to the underlying state unlawful detainer action.

      Accordingly, this matter is **remanded** to the Superior Court of California, County of Los Angeles, South Central District, 200 W. Compton Boulevard, Compton, California 90220, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c). The Clerk is directed to send a certified copy of this order to the state court and to serve copies of this order on the parties.

**IT IS SO ORDERED.**

DATED: 1/22/13, 2013

GEORGE H. KING
CHIEF DISTRICT JUDGE

Page 2